1

2

3

4

5

6

7

8          **UNITED STATES DISTRICT COURT**

9          **SOUTHERN DISTRICT OF CALIFORNIA**

10

11   LAWRENCE MICHAEL DEMKO,                    CASE NO. 15cv906-LAB (BLM)

12                                 Plaintiff,

13        vs.                                   **ORDER ADOPTING REPORT AND RECOMMENDATION AND ORDER OF DISMISSAL**

14   COMMISSIONER OF SOCIAL SECURITY,

15                                 Defendant.

16

17        This social security appeal was referred to Magistrate Judge Barbara L. Major for a

18   report and recommendation ("R & R"). Judge Major's R & R on the cross motions for

19   summary judgment recommends that Plaintiff Lawrence Michael Demko's motion be denied

20   and the Defendant Commissioner of Social Security's ("Commissioner") motion be granted.

21   Objections to the R & R were due on February 26, 2016. No objections were filed.

22        A district court has jurisdiction to review a Magistrate Judge's report and

23   recommendation on dispositive matters. Fed. R. Civ. P. 72(b). "The district judge must

24   determine de novo any part of the magistrate judge's disposition that has been properly

25   objected to." *Id.* "A judge of the court may accept, reject, or modify, in whole or in part, the

26   findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). This

27   section does not require some lesser review by the district court when no objections are filed.

28   *Thomas v. Arn*, 474 U.S. 140, 149-50 (1985). The "statute makes it clear that the district

1  judge must review the magistrate judge's findings and recommendations de novo *if objection*

2  *is made,* but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir.

3  2003). The Court has nonetheless reviewed the R & R and agrees with its rationale and

4  conclusions.

5        Plaintiff's motion for summary judgment is **DENIED,** and Defendant's motion for

6  summary judgment is **GRANTED**.

7        **IT IS SO ORDERED**.

8  DATED:  March 16, 2016

9

10  **HONORABLE LARRY ALAN BURNS**
United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28